# IN THE SIXTH COURT OF APPEALS
## AT TEXARKANA

RECEIVED IN
The Court of Appeals
Sixth District

JAN 3 0 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JAN 3 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## ROBERT TROY MCCLURE,
Appellant

## VS

## STATE OF TEXAS, et al,
Appellee

ON Appeal from Bowie County District Court #, 12C0701—102

APPEAL NO: 06-14-00026-CV
" RESPONSE TO COURTS ORDER"

TO THE HONORABLE JUSTICES OF COURT OF APPEALS.

NOW COMES, robert mcclure respectfully makes the following per, court order

## STATEMENT OF CASE

Robert mcclure who is a Texas inmate filed a 42 §1983 addressing physical assault by TDCJ employee. The case was dismissed and after appeal was reversed.

The Appellee's filed a motion to Dismiss and motion to find mcclure a vexatious litigant. After the hearing the court granted both motions.

mcclure timely filed his notice of Appeal the District clerk filed it and sent it to the Appeal court clerk in turn filed and docketed the Appeal with full awarness mcclure was listed as vexatious litigant.

Now, the court has instructed mcclure to respond to the fact that there is no order from a local admin. Judge to appeal.

\* mcclure received this courts order on Friday January 23, 14

1.

1) McClure comes to this court asking for patience. Pursuant to Texas Civil Practice and Remedies Code, Chapter 11, which governs the Rule of law. McClure if he recalls correctly § D of 11.001 - Clearly, States the Appeal Court Clerk can docket the Appeal if the litigant files appeal after a lower court grants a motion for vexatious litigant.

McClure read this and took that for what it said knowing he is Appealing Just that Problem thus, he filed his Appeal believing he met that safe guard. If he honestly believed that rule of Law did not pertain to him he would have obtained Permission to file his Appeal. McClure does not violate any order deliberately. This Case was filed long before any vexatious order. more over, McClure was also deprived ~~meaningfut~~ meaning appeal in that case # from walker county court.

2

2) Because the chapter 14 of Tex. Civ. prac. rem. code was amended but State of Texas or TDCJ failed to publish this change in law that now requires inmates to file an affidavits of past suits. For that reason alone the 10th court of Appeals dismissed the Appeal as frivolous. Even Knowing TDCJ does and did not provide any new law books that would have advised mcclure or any notice of any kind. That was violation of federal law.

3) mcclure beseeches this court to please if he mis interpreted ~~interpret~~ Chapter 11 he will at once contact the proper judge to obtain an order to file a Appeal. To ~~be~~ please consider giving him a small window of opportunity to get that order. In fact he has contacted the frist administrative Regional Judge to obtain a order permitting the Appeal.

In a un related case mcclure has attempted to obtain permission from

3

the Bowie county local administrator Judge but over a year that Judge has refused to respond to mcclure after repeated requests to obtain a bill of review.

4) Pursuant to Tex. R. App. proc. rule 44.3 provides that a Appellate court should allow reasonable time to correct or amend defects in appellate procedure before dismissing an Appeal. A court of Appeals must niT affirm or dismiss an appeal fr formal defects or irregularities in Appellate procedure without allowing reasonable time to correct or amend defects or irregularities Id. rule 44.3 and 44.4 (A). see also, meNjivar V State of Texas Tex. App.LEX IS 9110 (1 ST Dist houston 2007)

5) This court does have Jurisdiction the Appeal was properly filed and accepted. mcclure implores this court to know his appeal has merit and to please give him reasonable time to obtain the order for permission to file his appeal.

4

6) mcclure put somuch hard work into his Appeal please dont take away this meaningful Appeal from mcclure. Thankyou

Respectfully submitted
Robert mcclure prose
1420457

RT2 box 4400
gatesville, tx 76597
Jan 25,15

## Certificate of service

I, robert mcclure do state that I mailed a correct, true copy of the forgoing to Attorney general of texas at po box 12548 austin, tx 70211 using Hughes Unit indigent mail program.

Robert

Jan 25, 15

RECEIVED IN
The Court of Appeals
Sixth District

JAN 3 0 2015

Texarkana, Texas
Debra Autrey, Clerk

Jan 26, 15

Clerk,

please be advised. I only received this courts notice to respond on January 23, 15 which was friday. The letter said I had to respond by January 26, 15. This was not my fault.

please file my response and make a note to the court about this, Thank you

Regards

Rob. McClure

Robert mcclure
1420457
Hughes
Rt 2 box 4400
Gatesville, TX 76597

RIO GRANDE DISTRIC
27 JAN 2015 PM 5 L

6th court Appeals clea
Bi-State Justice buid
100 north State line
Ave. # 20

Texamana, tx-75501

Texas Sixth Af Appeals
1400 Congress Ave
Austin, tx 78701

755015567499